No. 65729.—Excelsior Pearl Works, Inc., and Chas. H. Asche & Co., Inc. *v.* United States, protest 61/742 (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of manufactures of shell similar in all material respects to those the subject of *Charles A. Redden, Inc., et al.* v. *United States* (44 Cust. Ct. 241, C.D. 2181), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 1, 1961

No. 65730.—John L. Westland & Son, Inc., a/c Ralph's Bicycle Store et al. *v.* United States, protests 59/2871, etc. (Los Angeles).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65731.—American Bayard Cycle Co. et al. *v.* United States, protests 60/26972(B), etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the

subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65732.—R. H. Macy & Co., Inc. *v.* United States, protests 60/28137, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65733.—Sears, Roebuck and Co. *v.* United States, protest 61/2553–16214 (New Orleans).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65734.—Rohner, Gehrig & Co., Inc. *v.* United States, protest 60/26017 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

No. 65735.—Intercontinental Enterprises *v.* United States, protest 60/26018 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.